IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:25-CV-00535-FDW-DCK

|  |  |
|---|---|
| SONIA E. BASS and SEB AUTO GROUP, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> MAACO FRANCHISOR SPV, LLC, DRIVEN BRANDS, INC., and DARYL HURST, <br><br> Defendants. | **STIPULATION OF DISMISSAL OF CLAIM II, WITHOUT PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties jointly stipulate to the dismissal, without prejudice, of Claim II of Plaintiffs' Amended Complaint for violation of Texas Business Opportunity Act / Texas Deceptive Trade Practices on the grounds that Plaintiffs intend to file a motion for leave to amend their complaint to assert a claim under the North Carolina Unfair and Deceptive Trade Practices Act in lieu of the dismissed claim now that this action has been transferred to the U.S. District Court for the Western District of North Carolina. This stipulation of dismissal is not intended to prejudice any other claim asserted by Plaintiffs in this action. The parties further stipulate that Plaintiffs shall not be required to pay any costs pursuant to Rule 41(d) upon the filing of a claim under the North Carolina Unfair and Deceptive Trade Practices Act, provided that Defendants' agreement to this stipulation shall not constitute a waiver of or otherwise

prejudice their right to oppose Plaintiffs' subsequent motion for leave to amend their

complaint.

Submitted, this the 10th day of October, 2025.

| | |
|---|---|
| /s/ Madeline Averi Cordray | /s/ Keith P. Anthony |
| Madeline Averi Cordray | Keith P. Anthony |
| Arizona State Bar No. 035788 | N.C. State Bar No. 28405 |
| DLA Piper LLP | kanthony@morningstarlawgroup.com |
| 2525 E. Camelback Road | MORNINGSTAR LAW GROUP |
| Esplanade II, Suite 1000 | 700 West Main Street |
| Phoenix, AZ  85016-4232 | Durham, NC 27701 |
| *Admitted Pro Hac Vice* | Telephone: (919) 590-0385 |
| | Facsimile: (919) 882-8890 |
| Daniel Diller | |
| NC State Bar: 60026 | *Attorneys for Plaintiffs* |
| Dinsmore & Shohl, LLP | |
| 201 North Franklin Street | |
| Suite 3050 | |
| Tampa, FL  33602 | |
| T: 813 543-9848 | |
| | |
| John F. Verhey | |
| Illinois Bar No. 6199571 | |
| DLA Piper LLP | |
| 444 West Lake Street, Suite 900 | |
| Chicago, IL  60606 | |
| *Admitted Pro Hac Vice* | |
| | |
| *Attorneys for Defendants* | |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 10, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of filing to all counsel of record in this matter.

This the 10th day of October, 2025.

*/s/ Keith P. Anthony*
Keith P. Anthony
NC State Bar No. 28405

*Counsel for Plaintiffs Sonia E. Bass and SEB Auto Group, LLC*